EXHIBIT C

# Form U-4 Disclosure Document
# FINRA RULE 2263

## Disclosure to Associated Persons When Signing Form U-4

A member shall provide an associated person with the following written statement whenever the associated person is asked, pursuant to FINRA Rule 1010, to manually sign an initial or amended Form U4, or to otherwise provide written (which may be electronic) acknowledgement of an amendment to the Form U4:

The Form U4 contains a predispute arbitration clause. It is in item 5 of Section 15A of the initial or transfer Form U4 that you previously signed. Before signing the Form U4 Amendment, you should understand the following:

(1) You are agreeing to arbitrate any dispute, claim or controversy that may arise between you and your firm, or a customer, or any other person that is required to be arbitrated under the rules of the self-regulatory organizations with which you are registering. This means you are giving up the right to sue a member, customer, or another associated person in court, including the right to a trial by jury, except as provided by the rules of the arbitration forum in which a claim is filed.

(2) A claim alleging employment discrimination, including a sexual harassment claim, in violation of a statute is not required to be arbitrated under FINRA rules. Such a claim may be arbitrated at the FINRA only if the parties have agreed to arbitrate it, either before or after the dispute arose. The rules of other arbitration forums may be different.

(3) A dispute arising under a whistleblower statute that prohibits the use of predispute arbitration agreements is not required to be arbitrated under FINRA rules. Such a dispute may be arbitrated only if the parties have agreed to arbitrate it after the dispute arose.

(4) Arbitration awards are generally final and binding; a party's ability to have a court reverse or modify an arbitration award is very limited.

(5) The ability of the parties to obtain documents, witness statements and other discovery is generally more limited in arbitration than in court proceedings.

(6) The arbitrators do not have to explain the reason(s) for their award unless, in an eligible case, a joint request for an explained decision has been submitted by all parties to the panel at least 20 days prior to the first scheduled hearing date.

(7) The panel of arbitrators may include arbitrators who were or are affiliated with the securities industry, or public arbitrators as provided by the rules of the arbitration forum in which a claim is filed.

(8) The rules of some arbitration forums may impose time limits for bringing a claim in arbitration. In some cases, a claim that is ineligible for arbitration may be brought in court.

**NYLIFE SECURITIES LLC(5167)** **Rev. Form U4 (05/2009)**

**JaJack, Kimberly (6683952)** **U4 Amendment - Filing ID: 51048958**

## 14. Disclosure Questions

IF THE ANSWER TO ANY OF THE FOLLOWING QUESTIONS IS 'YES', COMPLETE DETAILS OF ALL EVENTS OR PROCEEDINGS ON APPROPRIATE DRP(S)

**REFER TO THE EXPLANATION OF TERMS SECTION OF FORM U4 INSTRUCTIONS FOR EXPLANATIONS OF ITALICIZED TERMS.**

### Criminal Disclosure

| Question | Yes | No |
|---|---|---|
| **14A. (1) Have you ever:** | | |
| (a) been convicted of or pled guilty or nolo contendere ("no contest") in a domestic, foreign, or military court to any *felony*? | ○ | ◉ |
| (b) been *charged* with any *felony*? | ○ | ◉ |
| **(2) Based upon activities that occurred while you exercised *control* over it, has an organization ever:** | | |
| (a) been convicted of or pled guilty or nolo contendere ("no contest") in a domestic or foreign court to any *felony*? | ○ | ◉ |
| (b) been *charged* with any *felony*? | ○ | ◉ |
| **14B. (1) Have you ever:** | | |
| (a) been convicted of or pled guilty or nolo contendere ("no contest") in a domestic, foreign or military court to a *misdemeanor involving*: investments or an *investment-related* business or any fraud, false statements or omissions, wrongful taking of property, bribery, perjury, forgery, counterfeiting, extortion, or a conspiracy to commit any of these offenses? | ○ | ◉ |
| (b) been *charged* with a *misdemeanor* specified in 14B(1)(a)? | ○ | ◉ |
| **(2) Based upon activities that occurred while you exercised *control* over it, has an organization ever:** | | |
| (a) been convicted of or pled guilty or nolo contendere ("no contest") in a domestic or foreign court to a *misdemeanor* specified in 14B(1)(a)? | ○ | ◉ |
| (b) been *charged* with a *misdemeanor* specified in 14B(1)(a)? | ○ | ◉ |

### Regulatory Action Disclosure

| Question | Yes | No |
|---|---|---|
| **14C. Has the U.S. Securities and Exchange Commission or the Commodity Futures Trading Commission ever:** | | |
| (1) *found* you to have made a false statement or omission? | ○ | ◉ |
| (2) *found* you to have been *involved* in a violation of its regulations or statutes? | ○ | ◉ |
| (3) *found* you to have been a cause of an *investment-related* business having its authorization to do business denied, suspended, revoked, or restricted? | ○ | ◉ |
| (4) entered an *order* against you in connection with *investment-related* activity? | ○ | ◉ |
| (5) imposed a civil money penalty on you, or *ordered* you to cease and desist from any activity? | ○ | ◉ |
| (6) *found* you to have willfully violated any provision of the Securities Act of 1933, the Securities Exchange Act of 1934, the Investment Advisers Act of 1940, the Investment Company Act of 1940, the Commodity Exchange Act, or any rule or regulation under any of such Acts, or any of the rules of the Municipal Securities Rulemaking Board, or *found* you to have been unable to comply with any provision of such Act, rule or regulation? | ○ | ◉ |
| (7) *found* you to have willfully aided, abetted, counseled, commanded, induced, or procured the violation by any person of any provision of the Securities Act of 1933, the Securities Exchange Act of 1934, the Investment Advisers Act of 1940, the Investment Company Act | ○ | ◉ |

of 1940, the Commodity Exchange Act, or any rule or regulation under any of such Acts, or any of the rules of the Municipal Securities Rulemaking Board?

(8) *found* you to have failed reasonably to supervise another person subject to your supervision, with a view to preventing the violation of any provision of the Securities Act of 1933, the Securities Exchange Act of 1934, the Investment Advisers Act of 1940, the Investment Company Act of 1940, the Commodity Exchange Act, or any rule or regulation under any of such Acts, or any of the rules of the Municipal Securities Rulemaking Board? ○ ◉

**14D. (1) Has any other Federal regulatory agency or any state regulatory agency or *foreign financial regulatory authority* ever:** **Yes No**

(a) *found* you to have made a false statement or omission or been dishonest, unfair or unethical? ○ ◉

(b) *found* you to have been *involved* in a violation of *investment-related* regulation(s) or statute(s)? ○ ◉

(c) *found* you to have been a cause of an *investment-related* business having its authorization to do business denied, suspended, revoked or restricted? ○ ◉

(d) entered an *order* against you in connection with an *investment-related* activity? ○ ◉

(e) denied, suspended, or revoked your registration or license or otherwise, by *order*, prevented you from associating with an *investment-related* business or restricted your activities? ○ ◉

**(2) Have you been subject to any *final order* of a state securities commission (or any agency or officer performing like functions), state authority that supervises or examines banks, savings associations, or credit unions, state insurance commission (or any agency or office performing like functions), an appropriate *federal banking agency*, or the National Credit Union Administration, that:**

(a) bars you from association with an entity regulated by such commission, authority, agency, or officer, or from engaging in the business of securities, insurance, banking, savings association activities, or credit union activities; or ○ ◉

(b) constitutes a *final order* based on violations of any laws or regulations that prohibit fraudulent, manipulative, or deceptive conduct? ○ ◉

**14E. Has any *self-regulatory organization* ever:** **Yes No**

(1) *found* you to have made a false statement or omission? ○ ◉

(2) *found* you to have been *involved* in a violation of its rules (other than a violation designated as a "*minor rule violation*" under a plan approved by the U.S. Securities and Exchange Commission)? ○ ◉

(3) *found* you to have been the cause of an *investment-related* business having its authorization to do business denied, suspended, revoked or restricted? ○ ◉

(4) disciplined you by expelling or suspending you from membership, barring or suspending your association with its members, or restricting your activities? ○ ◉

(5) *found* you to have willfully violated any provision of the Securities Act of 1933, the Securities Exchange Act of 1934, the Investment Advisers Act of 1940, the Investment Company Act of 1940, the Commodity Exchange Act, or any rule or regulation under any of such Acts, or any of the rules of the Municipal Securities Rulemaking Board, or *found* you to have been unable to comply with any provision of such Act, rule or regulation? ○ ◉

(6) *found* you to have willfully aided, abetted, counseled, commanded, induced, or procured the violation by any person of any provision of the Securities Act of 1933, the Securities Exchange Act of 1934, the Investment Advisers Act of 1940, the Investment Company Act of 1940, the Commodity Exchange Act, or any rule or regulation under any of such Acts, or any of the rules of the Municipal Securities Rulemaking Board? ○ ◉

(7) *found* you to have failed reasonably to supervise another person subject to your supervision, with a view to preventing the violation of any provision of the Securities Act of ○ ◉

1933, the Securities Exchange Act of 1934, the Investment Advisers Act of 1940, the Investment Company Act of 1940, the Commodity Exchange Act, or any rule or regulation under any of such Acts, or any of the rules of the Municipal Securities Rulemaking Board?

**14F. Have you ever had an authorization to act as an attorney, accountant or federal contractor that was revoked or suspended?**

**14G. Have you been notified, in writing, that you are now the subject of any:** **Yes No**

(1) regulatory complaint or *proceeding* that could result in a "yes" answer to any part of 14C, D or E? (If "yes", complete the *Regulatory Action* Disclosure Reporting Page.)

(2) *investigation* that could result in a "yes" answer to any part of 14A, B, C, D or E? (If "yes", complete the *Investigation* Disclosure Reporting Page.)

**Civil Judicial Disclosure**

**14H. (1) Has any domestic or foreign court ever:** **Yes No**

(a) *enjoined* you in connection with any *investment-related* activity?

(b) *found* that you were *involved* in a violation of any *investment-related* statute(s) or regulation(s)?

(c) dismissed, pursuant to a settlement agreement, an *investment-related* civil action brought against you by a state or *foreign financial regulatory authority*?

**(2) Are you named in any pending *investment-related* civil action that could result in a "yes" answer to any part of 14H(1)?**

**Customer Complaint/Arbitration/Civil Litigation Disclosure**

**14I. (1) Have you ever been named as a respondent/defendant in an *investment-related*, consumer-initiated arbitration or civil litigation which alleged that you were *involved* in one or more *sales practice violations* and which:** **Yes No**

(a) is still pending, or;

(b) resulted in an arbitration award or civil judgment against you, regardless of amount, or;

(c) was settled, prior to 05/18/2009, for an amount of $10,000 or more, or;

(d) was settled, on or after 05/18/2009, for an amount of $15,000 or more?

**(2) Have you ever been the subject of an *investment-related*, consumer-initiated (written or oral) complaint, which alleged that you were *involved* in one or more *sales practice violations*, and which:**

(a) was settled, prior to 05/18/2009 for an amount of $10,000 or more, or;

(b) was settled, on or after 05/18/2009, for an amount of $15,000 or more?

**(3) Within the past twenty four (24) months, have you been the subject of an *investment-related*, consumer-initiated, written complaint, not otherwise reported under question 14I(2) above, which:**

(a) alleged that you were *involved* in one or more *sales practice violations* and contained a claim for compensatory damages of $5,000 or more (if no damage amount is alleged, the complaint must be reported unless the *firm* has made a good faith determination that the damages from the alleged conduct would be less than $5,000), or;

(b) alleged that you were *involved* in forgery, theft, misappropriation or conversion of funds or securities?

**Answer questions (4) and (5) below only for arbitration claims or civil litigation filed on or after 05/18/2009.**

**(4) Have you ever been the subject of an *investment-related*, consumer-initiated arbitration claim or civil litigation which alleged that you were *involved* in one or more *sales practice violations*, and which:**

(a) was settled for an amount of $15,000 or more, or;

(b) resulted in an arbitration award or civil judgment against any named respondent(s)/defendant(s), regardless of any amount? ○ ◉

**(5) Within the past twenty four (24) months, have you been the subject of an *investment-related*, consumer-initiated arbitration claim or civil litigation not otherwise reported under questions 14I(4) above, which:**

(a) alleged that you were *involved* in one or more *sales practice violations* and contained a claim for compensatory damages of $5,000 or more (if no damage amount is alleged, the arbitration claim or civil litigation, must be reported unless the *firm* has made a good faith determination that the damages from the alleged conduct would be less than $5,000), or; ○ ◉

(b) alleged that you were *involved* in forgery, theft, misappropriation or conversion of funds or securities? ○ ◉

### Termination Disclosure

| | | Yes | No |
|---|---|---|---|
| **14J.** | **Have you ever voluntarily *resigned*, been discharged or permitted to *resign* after allegations were made that accused you of:** | | |
| | (1) violating *investment-related* statutes, regulations, rules, or industry standards of conduct? | ○ | ◉ |
| | (2) fraud or the wrongful taking of property? | ○ | ◉ |
| | (3) failure to supervise in connection with *investment-related* statutes, regulations, rules or industry standards of conduct? | ○ | ◉ |

### Financial Disclosure

| | | Yes | No |
|---|---|---|---|
| **14K.** | **Within the past 10 years:** | | |
| | (1) have you made a compromise with creditors, filed a bankruptcy petition or been the subject of an involuntary bankruptcy petition? | ◉ | ○ |
| | (2) based upon events that occurred while you exercised *control* over it, has an organization made a compromise with creditors, filed a bankruptcy petition or been the subject of an involuntary bankruptcy petition? | ○ | ◉ |
| | (3) based upon events that occurred while you exercised *control* over it, has a broker or dealer been the subject of an involuntary bankruptcy petition, or had a trustee appointed, or had a direct payment procedure initiated under the Securities Investor Protection Act? | ○ | ◉ |
| **14L.** | **Has a bonding company ever denied, paid out on, or revoked a bond for you?** | ○ | ◉ |
| **14M.** | **Do you have any unsatisfied judgments or liens against you?** | ○ | ◉ |

© 2019 FINRA. All rights reserved. FINRA is a registered trademark of the Financial Industry Regulatory Authority, Inc.
Privacy | Legal | Terms & Conditions

**NYLIFE SECURITIES LLC(5167)** **Rev. Form U4 (05/2009)**

**Individual Name: JaJack, Kimberly (6683952)** **U4 Amendment - Filing ID: 51048958**

## Bankruptcy / SIPC / Compromise with Creditors

**Check the question(s) you are responding to, regardless of whether you are answering the question(s) "yes" or amending the answer(s) to "no":**

**Bankruptcy/SIPC/Compromise With Creditors** Rev. DRP (05/2009)

☑ **14K(1)** ☐ **14K(2)** ☐ **14K(3)**

Click here to view question text

If events result in affirmative answers to both 14K(1) and 14K(2), details to each must be provided on separate DRPs.

1. Action Type (select appropriate item):

   ◉ Bankruptcy Chapter 7

   ○ Compromise ○ Declaration ○ Liquidation ○ Receivership ○ Other:

2. Action Date (MM/DD/YYYY) (Provide date bankruptcy was filed, or date SIPC was initiated, or date of compromise with creditor):

   02/05/2012 ◉ Exact ○ Explanation

   If not exact, provide explanation:

3. If the financial action relates to an organization over which you exercise(d) *control*, provide:
   A. Organization Name:
   B. Position, title or relationship:

   C. *Investment-related* business?

   ○ Yes ○ No

4. Court action brought in:

   ○ Federal Court ○ State Court ○ Foreign Court ◉ Other: United States Bankruptcy Court
   A. Name of Court (Federal, State, Foreign or Other):
   United States Bankruptcy Court for the District of Maryland
   B. Location of Court (City or County and State or Country):
   Greenbelt, Maryland
   C. Docket/Case#:
   12-11928-PM
   ☐ Check this box if the Docket/Case# is your SSN, a Bank Card number, or a Personal Identification Number.

5. Is action currently pending?

   ○ Yes ◉ No

6. If not pending, provide Disposition Type (select appropriate item):

   ○ Direct Payment Procedure ◉ Discharged ○ Dismissed

   ○ Dissolved ○ SIPA Trustee Appointed ○ Satisfied/Released

   ○ Other:

7. Disposition Date (MM/DD/YYYY):

07/16/2012 ◉ Exact ○ Explanation

If not exact, provide explanation:

8. If a compromise with creditors, provide:

A. Name of Creditor:

B. Original amount owed:

$

C. Terms/Compromise reached with creditor:

9. If a SIPA trustee was appointed or a direct payment procedure was begun:

A. Provide the amount paid or agreed to be paid by you:

$; or

The name of the Trustee:

B. Currently Open?

○ Yes ○ No

C. Date Direct Payment Initiated/Filed or Trustee Appointed (MM/DD/YYYY):

○ Exact ○ Explanation

If not exact, provide explanation:

10. Comment (Optional). You may use this field to provide a brief summary of the circumstances leading to the action as well as the current status or final disposition. Your information must fit within the space provided.

**Bond DRP**

No Information Filed

**Civil Judicial DRP**

No Information Filed

**Criminal DRP**

No Information Filed

**Customer Complaint DRP**

No Information Filed

**Investigation DRP**

No Information Filed

**Judgment Lien DRP**

This Disclosure Reporting Page is an ○ **INITIAL** or ◉ **AMENDED** response to report details for affirmative response(s) to ***Question(s) 14M*** on Form U4;

**Check the question(s) you are responding to, regardless of whether you are answering the question(s) "yes" or amending the answer(s) to "no":**

**Judgment/Lien** Rev. DRP (05/2009)

☑ **14M**

Click here to view question text

If multiple, unrelated events result in the same affirmative answer, details must be provided on separate DRPs.

1. Judgment/Lien Amount:
   $ 1,238.43
2. Judgment/Lien Holder:
   State of Maryland
3. Judgment/Lien Type:

   ○ Civil ◉ Tax
4. A. Date Filed with Court (MM/DD/YYYY):

   02/05/2012 ◉ Exact ○ Explanation

   If not exact, provide explanation:

   B. Date individual learned of the Judgment/Lien (MM/DD/YYYY):

   03/01/2016 ◉ Exact ○ Explanation

   If not exact, provide explanation:
5. Court action brought in:

   ○ Federal Court ○ State Court ○ Foreign Court ◉ Other: Recorder of Deed
   A. Name of Court (Federal, State, Foreign or Other):
   Circuit Court for Montgomery County - Civil System
   B. Location of Court (City or County and State or Country):
   Montgomery County, MD
   C. Docket/Case#:
   420469V
   ☐ Check this box if the Docket/Case# is your SSN, a Bank Card number, or a Personal Identification Number.
6. Is Judgment/Lien Outstanding?

   ○ Yes ◉ No

   If "No", complete item 7. If "Yes", skip to item 8.
7. If Judgment/Lien is **not** outstanding, provide:
   A. Status Date (MM/DD/YYYY):

   02/22/2019 ○ Exact ◉ Explanation

   If not exact, provide explanation:
   RR provided a supporting document on 02/22/2019.

   B. How was matter resolved? (select appropriate item):

   ◉ Discharged ○ Released ○ Removed ○ Satisfied
8. Comment (Optional). You may use this field to provide a brief summary of the circumstances leading to the action as well as the current status or final disposition. Your information must fit within the space provided.

This Disclosure Reporting Page is an ○ **INITIAL** or ◉ **AMENDED** response to report details for affirmative

response(s) to ***Question(s) 14M*** on Form U4;

**Check the question(s) you are responding to, regardless of whether you are answering the question(s) "yes" or amending the answer(s) to "no":**

**Judgment/Lien** Rev. DRP (05/2009)

☑ 14M

Click here to view question text

If multiple, unrelated events result in the same affirmative answer, details must be provided on separate DRPs.

1. Judgment/Lien Amount:
   $ 3,805.09
2. Judgment/Lien Holder:
   State of Maryland
3. Judgment/Lien Type:
   ○ Civil ◉ Tax
4. A. Date Filed with Court (MM/DD/YYYY):
   02/05/2012 ◉ Exact ○ Explanation
   If not exact, provide explanation:
   B. Date individual learned of the Judgment/Lien (MM/DD/YYYY):
   03/01/2016 ◉ Exact ○ Explanation
   If not exact, provide explanation:
5. Court action brought in:
   ○ Federal Court ○ State Court ○ Foreign Court ◉ Other: Recorder of Deed
   A. Name of Court (Federal, State, Foreign or Other):
   Circuit Court for Anne Arundel County - Civil
   B. Location of Court (City or County and State or Country):
   Anne Arundel, MD
   C. Docket/Case#:
   02-L-12-019363
   ☐ Check this box if the Docket/Case# is your SSN, a Bank Card number, or a Personal Identification Number.
6. Is Judgment/Lien Outstanding?
   ○ Yes ◉ No
   If "No", complete item 7. If "Yes", skip to item 8.
7. If Judgment/Lien is **not** outstanding, provide:
   A. Status Date (MM/DD/YYYY):
   02/22/2019 ○ Exact ◉ Explanation
   If not exact, provide explanation:
   RR provided a supporting document on 02/22/2019.
   B. How was matter resolved? (select appropriate item):
   ◉ Discharged ○ Released ○ Removed ○ Satisfied
8. Comment (Optional). You may use this field to provide a brief summary of the circumstances leading to the action as well as the current status or final disposition. Your information must fit within the space provided.

**Regulatory Action DRP**

No Information Filed

**Termination DRP**

No Information Filed

---

© 2019 FINRA. All rights reserved. FINRA is a registered trademark of the Financial Industry Regulatory Authority, Inc.
Privacy | Legal | Terms & Conditions

**NYLIFE SECURITIES LLC(5167)** **Rev. Form U4 (05/2009)**

**JaJack, Kimberly (6683952)** **U4 Amendment - Filing ID: 51048958**

## 15. Signatures

Please Read Carefully

All signatures required on this Form U4 filing must be made in this section.

A "signature" includes a manual signature or an electronically transmitted equivalent. For purposes of an electronic form filing, a signature is effected by typing a name in the designated signature field. By typing a name in this field, the signatory acknowledges and represents that the entry constitutes in every way, use, or aspect, his or her legally binding signature.

15A INDIVIDUAL/APPLICANT'S ACKNOWLEDGMENT AND CONSENT

This section must be completed on all initial or Temporary Registration form filings.

15B FIRM/APPROPRIATE SIGNATORY REPRESENTATIONS

This section must be completed on all initial or Temporary Registration form filings.

15C TEMPORARY REGISTRATION ACKNOWLEDGMENT

This section must be completed on Temporary Registration form filings to be able to receive Temporary Registration.

15D INDIVIDUAL/APPLICANT'S AMENDMENT ACKNOWLEDGMENT AND CONSENT

This section must be completed on any amendment filing that amends any information in Section 14 (Disclosure Questions) or any Disclosure Reporting Page (DRP).

15E FIRM/APPROPRIATE SIGNATORY AMENDMENT REPRESENTATIONS

This section must be completed on all amendment form filings.

15F FIRM/APPROPRIATE SIGNATORY CONCURRENCE

This section must be completed to concur with a U4 filing made by another *firm* (IA/BD) on behalf of an individual that is also registered with that other *firm* (IA/BD).

### 15C. TEMPORARY REGISTRATION ACKNOWLEDGMENT

If an *applicant* has been registered in a *jurisdiction* or self regulatory organization (SRO) in the 30 days prior to the date an application for registration is filed with the Central Registration Depository or Investment Adviser Registration Depository, he or she may qualify for a Temporary Registration to conduct securities business in that *jurisdiction* or SRO if this acknowledgment is executed and filed with the Form U4 at the *applicant*'s *firm*.

This acknowledgment must be signed only if the *applicant* intends to apply for a Temporary Registration while the application for registration is under review.

I request a Temporary Registration in each *jurisdiction* and/or SRO requested on this Form U4, while my registration with the *jurisdiction*(s) and/or SRO(s) requested is under review;

I am requesting a Temporary Registration with the *firm* filing on my behalf for the *jurisdiction*(s) and/or SRO(s) noted in Section 4 (SRO REGISTRATION) and/or Section 5 (JURISDICTION REGISTRATION) of this Form U4;

I understand that I may request a Temporary Registration only in those *jurisdiction*(s) and/or SRO(s) in which I have been registered with my prior *firm* within the previous 30 days;

I understand that I may not engage in any securities activities requiring registration in a *jurisdiction* and/or SRO until I have received notice from the CRD or IARD that I have been granted a Temporary Registration in that *jurisdiction* and/or SRO;

I agree that until the Temporary Registration has been replaced by a registration, any *jurisdiction* and/or SRO in which I have applied for registration may withdraw the Temporary Registration;

If a *jurisdiction* or SRO withdraws my Temporary Registration, my application will then be held pending in that *jurisdiction* and/or SRO until its review is complete and the registration is granted or denied, or the application is withdrawn;

I understand and agree that, in the event my Temporary Registration is withdrawn by a *jurisdiction* and/or SRO, I

must immediately cease any securities activities requiring a registration in that *jurisdiction* and/or SRO until it grants my registration;

I understand that by executing this Acknowledgment I am agreeing not to challenge the withdrawal of a Temporary Registration; however, I do not waive any right I may have in any *jurisdiction* and/or SRO with respect to any decision by that *jurisdiction* and/or SRO to deny my application for registration.

| Date (MM/DD/YYYY) | Signature of *Applicant* |
|---|---|
| | |

**15D. AMENDMENT INDIVIDUAL/*APPLICANT*'S ACKNOWLEDGMENT AND CONSENT**

| Date (MM/DD/YYYY) | Signature of *Applicant* |
|---|---|
| 2/22/2019 | Kimberly JaJack |

**15E. *FIRM/APPROPRIATE SIGNATORY* AMENDMENT REPRESENTATIONS**

| Date (MM/DD/YYYY) | Signature of *Appropriate Signatory* |
|---|---|
| 2/22/2019 | CHARNVITH SUKPANICHNANT [signature] |

© 2019 FINRA. All rights reserved. FINRA is a registered trademark of the Financial Industry Regulatory Authority, Inc.
Privacy | Legal | Terms & Conditions